

# DOUGHERTY LEVENTHAL & PRICE L.L.P.

JOSEPH G. PRICE, ESQ.
Board Certified in Civil Trial Advocacy
by the National Board of Trial Advocacy

75 Glenmaura National Blvd. • Moosic, PA 18507
Tel: (570) 347-1011 • Fax: (570) 347-7028
jprice@dlplaw.com

October 22, 2004

FILED
SCRANTON

OCT 2 5 2004

PER _____ DEPUTY CLERK

The Honorable Richard P. Conaboy
United States District Court
Middle District of Pennsylvania
U.S. Post Office and Courthouse
Scranton, PA 18501

    RE:    **Buccino, et al. v. The Tuthill Corporation**
           **Case Number: 3:04-CV-94**
           **REPORT OF MEDIATION**

Dear Judge Conaboy:

    Please be advised that a Mediation was conducted at my office on October 20, 2004 resulting in settlement of the above matter. Both Attorney Chris Reid and Hugh Emory should be commended for their excellent preparation and professionalism resulting in conclusion of this case. Thank you for permitting me to serve as your mediator.

    Best regards.

                      Sincerely,

                      DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

                      JOSEPH G. PRICE

JGP:dht
cc.  Hugh M. Emory, Esquire
      Christopher M. Reid, Esquire

1-877-DLP-9700    www.DLPlaw.com

75 Glenmaura National Blvd.
Moosic, PA 18507
Tel: (570) 347-1011
Fax: (570) 347-7028

459 Wyoming Avenue
Kingston, PA 18704
Tel: (570) 288-1427
Fax: (570) 288-0799

P.O. Box 470
Honesdale, PA 18431
Tel: (570) 253-3161
Fax: (570) 253-9493

# Laub Seidel Cohen Hof & Reid LLC

LAW OFFICES

NORMAN SEIDEL
DANIEL E. COHEN
PHILIP M. HOF*
  *CERTIFIED CIVIL TRIAL SPECIALIST
   NATIONAL BOARD OF TRIAL ADVOCACY
CHRISTOPHER M. REID



GEORGE C. LAUB
1936-1993



October 20, 2004

The Honorable Richard P. Conaboy
United States District Court for the Middle District of Pennsylvania
U.S. Post Office & Courthouse
Scranton PA 18501

    Re:    Buccino v. Tuthill et al., ta/a Blue Mountain Ski Area
           United States District Court for the Middle District of Pennsylvania
           Docket No. 04-CV-94
           Our File: 9717

TO THE HONORABLE RICHARD P. CONABOY:

      This office represents Plaintiffs Carol and Peter Buccino in the above-referenced matter. The Defendant is represented by Hugh Emory, Esquire of Ryan, Emory & Ryan, L.L.P..

      Please be advised that after mediation of the this matter before Joseph Price, Esquire, the parties have reached a settlement agreement and a Release has been signed. Once the settlement draft is received in my office a Stipulation to Dismiss will be filed with the Court.

      Thank you for your attention to the above. Should you have any questions, please feel free to contact me.



Respectfully,

Christopher M. Reid

CMR:mrw
cc:    Hugh M. Emory, Esquire
       Mr. & Mrs. Buccino